IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEILA FLORES-DUENAS,

    Plaintiff,

vs.                                                                              No. CIV 13-0660 JB/CG

THOMAS R. BRIONES, BRIONES BUSINESS
LAW CONSULTING, P.C., and
USAA CASUALTY INSURANCE COMPANY,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed November 30, 2013 (Doc. 31)("MOO").  In the MOO, the Court determined that it does not have subject-matter jurisdiction over this case, and remanded the case to the First Judicial District Court, County of Santa Fe, State of New Mexico for lack of subject-matter jurisdiction.  Because the MOO disposes of all issues and claims before the Court, pursuant to rule 58 of the Federal Rules of Civil Procedure, the Court now enters final judgment in this matter.

**IT IS ORDERED** that this case and all Plaintiff Leila Flores Duenas' claims against the Defendants are remanded to the First Judicial District Court, County of Santa Fe, State of New Mexico.  The Court enters final judgment in this matter.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

William Garth Gilchrist
Christopher D. Lee
Davis, Gilchrist & Lee, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Nicholas H. Mattison
Feferman & Warren
Albuquerque, New Mexico

--and--

Briggs F. Cheney
Joshua A. Allison
Sheehan & Sheehan, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants Thomas R. Briones and Briones Business Law Consulting, P.C.*

Charles J. Vigil
Leslie McCarthy Apodaca
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant USAA Casualty Insurance Company*