# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505)528-1425

December 2, 2013

Clerk of the District Court
First Judicial District
225 Montezuma Ave.
Santa Fe, NM 87501

    **RE:**    **Leila Flores-Duenas v. Thomas R. Briones, et al., CV 13-660 JB/CG**

Dear Sir or Madam:

    Please find enclosed a certified copy of the Memorandum Opinion and Order and Final Judgment, signed by District Judge James O. Browning, along with copies of the entire case file, remanding this case to your Court.

                       Yours truly,
                       MATTHEW J. DYKMAN, Clerk

                       By: _D Wheeler_
                       Deputy Clerk

Enclosures